# Washington County *v.* Scott, Appellant.

Argued Oct. 13, 1911.   Appeal, No. 117, Oct. T., 1911,
by defendant, from order of C. P. Washington Co., Aug.
Term, 1910, No. 177, dismissing appeal from tax settle-
ment in case of Washington County v. J. T. Scott.   Before
FELL, C. J., BROWN, POTTER, ELKIN, STEWART and
MOSCHZISKER, JJ.   Affirmed.

OPINION BY MR. JUSTICE ELKIN, January 2, 1912:

For the reasons stated in the opinion filed to No. 114,
October Term, 1911, Washington County v. Marquis,
ante, p. 552, the decree entered by the court below in
this case is affirmed at the cost of the appellant.